CEM

**FILED**
**FEBRUARY 20, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1059**

In the Matter of

Dr. Hansel M. DeBartolo
        v.
Blue Cross Blue Shield of Illinois a/k/a Blue Cross and Blue Shield Association and Northern Trust Company

Case Number:

**JUDGE HOLDERMAN**
**MAGISTRATE JUDGE COLE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Dr. Hansel M. DeBartolo

| | |
|---|---|
| NAME (Type or print) | |
| STUART P. KRAUSKOPF | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ STUART P. KRAUSKOPF | |
| FIRM | |
| THE LAW OFFICES OF STUART P. KRAUSKOPF, P.C. | |
| STREET ADDRESS | |
| 30 N. LASALLE ST., SUITE 3124 | |
| CITY/STATE/ZIP | |
| CHICAGO, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6190716 | 312-377-9592 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |