IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. HANSEL M. DEBARTOLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08-C-1059 |
| | ) |
| BLUE CROSS BLUE SHIELD OF ILLINOIS | ) |
| a/k/a BLUE CROSS BLUE SHIELD | ) Chief Judge Holderman |
| ASSOCIATION and | ) |
| NORTHERN TRUST CORPORATION, | ) Magistrate Judge Cole |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

To:   Stuart P. Krauskopf
      The Law Offices of Stuart P. Krauskopf
      stu@stuklaw.com

   PLEASE TAKE NOTICE that on Thursday, May 1, 2008, at 9:00 a.m. we shall appear before the Honorable James F. Holderman in Room 2541 of the Dirksen Federal Building located at 219 South Dearborn Street, Chicago, Illinois and then and there present, on behalf of Defendants their Motions to Dismiss Plaintiff's Complaint and to Strike Plaintiff's Jury Demand, a copy of which has been served on you.

Dated: April 25, 2008        Respectfully Submitted,

                     By:   /s/ Michael T. Graham
                           Michael T. Graham
                           McDermott Will & Emery LLP
                           227 West Monroe Street
                           Chicago, Illinois 60606
                           Phone: 312.372.2000
                           Fax:   312.984.7700
                           Email: mgraham@mwe.com
                           **Attorneys for Defendants Blue Cross Blue Shield of Illinois, a Division of Health Care Service Corporation**, incorrectly named Blue Cross Blue Shield of Illinois also known as Blue Cross Blue Shield Association and **The Northern Trust Company**, incorrectly named as Northern Trust Corporation

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on April 25, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Stuart P. Krauskopf
The Law Offices of Stuart P. Krauskopf
stu@stuklaw.com

                                      /s Michael T. Graham
                                          Michael T. Graham

CHI99 4972928-1.037407.0039