**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Hansel M DeBartolo

                                Plaintiff,

v.                                                                 Case No.: 1:08−cv−01059
                                                               Honorable James F. Holderman

Blue Cross Blue Shield of Illinois, et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 1, 2008:

       MINUTE entry before Judge Honorable James F. Holderman: On defendants Blue Cross Blue Shield of Illinois, Northern Trust Corporation's motion to dismiss Plaintiff's Complaint and to Strike Plaintiff's Jury Demand [11], response due by 5/15/2008; reply due by 5/29/2008. The Court will rule electronically and will set further dates at the time of ruling. Mailed notice (am)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.