UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. HANSEL M. DEBARTOLO ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08-cv-1059 |
| v. ) | |
| ) | Chief Judge Holderman |
| BLUE CROSS BLUE SHIELD OF ) | |
| ILLINOIS a/k/a BLUE CROSS AND BLUE ) | Magistrate Judge Cole |
| SHIELD ASSOCIATION and NORTHERN ) | |
| TRUST CORPORATION ) | |
| ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF AGREED MOTION**

To:   Michael Graham
      McDermott Will & Emery LLP
      227 West Monroe Street
      Chicago, IL 60606
      mgraham@mwe.com

   PLEASE TAKE NOTICE that on May 22, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable James F. Holderman, or whomever may be sitting in his stead, in Room 2541 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL and then and there present the attached AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO DEFENDANTS' MOTION TO DISMISS, a copy of which has been served on you.

                    Respectfully submitted,

                    s/Stuart P. Krauskopf
                    Stuart P. Krauskopf

Stuart P. Krauskopf
Lindsay M. Malitz
Michael A. Schnitzer
The Law Offices of Stuart P. Krauskopf
30 North LaSalle Street, Suite 3124
Chicago, Illinois 60602
312-377-9592
Atty. No. 41590

1

## CERTIFICATE OF SERVICE

      I hereby certify that on May 12, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will serve the electronically filed document on the following attorney of record:

Michael Graham
mgraham@mwe.com

                             Respectfully submitted,

                             s/Stuart P. Krauskopf
                              Stuart P. Krauskopf

Stuart P. Krauskopf
Lindsay M. Malitz
Michael A. Schnitzer
The Law Offices of Stuart P. Krauskopf
30 North LaSalle Street, Suite 3124
Chicago, Illinois 60602
312-377-9592
Atty. No. 41590

2