UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DR. HANSEL M. DEBARTOLO </br></br>Plaintiff,</br></br>v.</br></br>BLUE CROSS BLUE SHIELD OF ILLINOIS a/k/a BLUE CROSS AND BLUE SHIELD ASSOCIATION and NORTHERN TRUST CORPORATION</br></br>Defendants. | Case No. 08-cv-1059</br></br>Chief Judge Holderman</br></br>Magistrate Judge Cole |

## MOTION FOR SUBSTITUTION OF ATTORNEYS

THE LAW FIRM OF STUART P. KRAUSKOPF, P.C., hereby withdraws its appearance as counsel on behalf of the Plaintiff, DR. HANSEL M. DEBARTOLO, in the above-captioned matter.

THE LAW OFFICES OF STUART P. KRAUSKOPF

s/ Stuart P. Krauskopf
Stuart P. Krauskopf

The law firm of HOEVEL & ASSOCIATES P.C. will enter its Appearance as counsel on behalf of the Plaintiff, DR. HANSEL M. DEBARTOLO, in the above-captioned matter.

HOEVEL & ASSOCIATES P.C.

s/ Talbot Hoevel
Talbot Hoevel

Stuart P. Krauskopf
Lindsay M. Malitz
Michael A. Schnitzer
The Law Offices of Stuart P. Krauskopf
30 North LaSalle Street, Suite 3124
Chicago, Illinois 60602
312-377-9592
Atty. No. 41590

1