**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Hansel M DeBartolo
                                                      Plaintiff,

v.                                                                Case No.: 1:08−cv−01059
                                                                        Honorable James F. Holderman

Blue Cross Blue Shield of Illinois, et al.
                                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 22, 2008:

      MINUTE entry before the Honorable James F. Holderman: Plaintiff Hansel M DeBartolo's motion for extension of time to file response to Defendants' Motion to Dismiss [15] is granted; response due by 6/5/2008; reply due by 6/19/2008. Plaintiff's motion to substitution of Talbot Hoevel and the law firm of Hoevel & Associates as attorneys [17] is granted. Attorney Stuart Philip Krauskopf terminated. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.