IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. HANSEL M. DEBARTOLO )<br>)<br>PLAINTIFF, )<br>v. )<br>)<br>BLUE CROSS BLUE SHIELD OF ILLINOIS )<br>and NORTHERN TRUST CORPORATION )<br>)<br>DEFENDANTS. ) | No. 08 C 1059<br><br>Hon. Judge Holderman<br>Magistrate Judge Cole |

**NOTICE OF DISMISSAL**

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiff hereby provides notice that:

This matter is voluntarily dismissed with prejudice in its entirety, each party to bear its' own costs.

s/Talbot C. Hoevel
Talbot C. Hoevel
Attorney for Plaintiff


HOEVEL & ASSOCIATES, P.C.
3725 N. Western
Chicago, IL 60618
(773) 539-0937
ARDC # 6194281

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following counsel: mgraham@mwe.com.

s/ Talbot C. Hoevel
Talbot C. Hoevel

Talbot C. Hoevel
Hoevel & Associates, P.C.
3725 N. Western Ave.
Chicago, IL 60618
773-539-0937
ARDC # 6194281