## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Hansel M DeBartolo

                                        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−01059
　　　　　　　　　　　　　　　　　　　　　　Honorable James F. Holderman

Blue Cross Blue Shield of Illinois, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

      MINUTE entry before the Honorable James F. Holderman: On notice of the plaintiff, this case is voluntarily dismissed with prejudice in its entirety; each party to bear its own costs. Civil case terminated. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.